# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **PAUL DENNIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:24-CV-1305 PLC |
| | ) |
| **ST. LOUIS UNIVERSITY,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The Court having been advised by the Alternative Dispute Resolution Neutral that the above action has been settled:

**IT IS HEREBY ORDERED** that all case deadlines in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that, due to the parties' reported settlement of this matter, Defendant's Motion to Dismiss [ECF No. 27] is **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that counsel shall file within sixty (60) days from the date of this Order, a stipulation for dismissal, motion for leave to voluntarily dismiss the case, or proposed consent judgment. Failure to timely comply with this Order may result in the dismissal of the action with prejudice.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of April, 2025