# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

PAUL DENNIS,                          )
                                      )
    Plaintiff,                    )
                                      )    Case No. 4:24-cv-01305 -PLC
      v.                        )
                                      )
ST. LOUIS UNIVERSITY dba              )
SAINT LOUIS UNIVERSITY                )
                                      )
    Defendant.                    )
                                      )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41(a)(1)(A)(ii), Plaintiff, Paul Dennis, and Defendant, St. Louis University dba Saint Louis University, hereby stipulate that all claims and causes of actions asserted by Plaintiff in this matter *St. Louis University dba Saint Louis University* be dismissed with prejudice, with each party to bear its own respective attorneys' fees and costs.

Respectfully submitted this 08 day of May, 2025:

PLAINTIFF:                                    DEFENDANT: *By consent*


_/s/ Matthew Ndonwi_____                  _By: /s/ Travis R. Kearbey_
Matthew Ndonwi, #70273                        Travis R. Kearbey #58964
NDONWI LAW, LLC                               L. Michelle Lewis #74335
4021 Laclede Ave., #56578                     QUARLES & BRADY LLP
St. Louis, MO 63156                           8235 Forsyth Blvd., 10th Floor
Tel: (314) 762-0110                           Clayton, Missouri 63105
mndonwi@ndonwilaw.com                         Tel : (314) 696-5113
*Attorneys for Plaintiff*                     Travis.Kearbey@quarles.com
                                              Michelle.Lewis@quarles.com
                                              *Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this <u>08</u> day of May, 2025, the foregoing was filed electronically with the Clerk of Court via the Court's ECF system, and that a true and correct copy was sent by operation of the ECF system to all counsel of record.

<u>/s/Matthew Ndonwi</u>
Matthew Ndonwi