UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **PAUL DENNIS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 4:24-CV-1305 PLC ) |
| **ST. LOUIS UNIVERSITY,** | ) ) |
| **Defendant.** | ) |

### ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. [ECF No. 46] The parties stipulate to dismissal with prejudice of the action, with each party to bear his or its own costs and expenses. After careful consideration,

**IT IS HEREBY ORDERED** that Plaintiff's action against Defendant is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of May, 2025